COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-14-00850-CV

Style:     In re State Farm Lloyds, Antone Eugene Jones, and Gregory Latty

Date motion filed[*]:     November 10, 2014

Type of motions:     Unopposed Motion for Extension of Time to File Response

to Petition for Writ of Mandamus

Parties filing motions:   Real Party in Interest

Document to be filed:   Response

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  December 10, 2014

        ☑     No further extensions of time will be granted absent extraordinary circumstances.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    The unopposed motion to abate this case is denied, but the alternative motion for extension of time to file response to petition for writ of mandamus is granted, but counsel is warned that no further extensions will be granted absent extraordinary circumstances.

Judge's signature: /s/ Justice Laura C. Higley
                    ☒ Acting individually     ☐ Acting for the Court

Date:  November 13, 2014